# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-7025**

**September Term, 2017**

**1:15-cv-00162-CKK**

**Filed On:** September 28, 2017

Brian Wrenn, et al.,

      Appellants

    v.

District of Columbia, et al.,

      Appellees

_____

**No. 16-7067**

Matthew Grace and Pink Pistols,

      Appellees

v.

District of Columbia and Peter Newsham, in
his official capacity as Chief of Police for
the Metropolitan Police Department,

      Appellants

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Griffith,
Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins*, Circuit Judges;
Williams, Senior Circuit Judge

## O R D E R

Upon consideration of the petitions of the District of Columbia, et al., for
rehearing en banc, the joint response thereto; and the absence of a request by any
member of the court for a vote; the motions of Everytown for Gun Safety for invitation to
file briefs as amicus curiae in support of the petitions for rehearing en banc and the
lodged briefs, it is

# United States Court of Appeals

_____

**No. 16-7025**                                    **September Term, 2017**

**ORDERED** that the motions be granted.  The Clerk is directed to file the lodged documents.  It is

**FURTHER ORDERED** that the petitions be denied.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk
BY:    /s/
Ken R. Meadows
Deputy Clerk

\* Circuit Judge Wilkins did not participate in these matters.