# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 16-7025 September Term, 2017

1:15-cv-00162-CKK

Filed On: October 6, 2017 [1697434]

Brian Wrenn, et al.,

    Appellants

  v.

District of Columbia, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of July 25, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Ken R. Meadows
Deputy Clerk

Link to the judgment filed July 25, 2017